IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                CHAPTER 13

DONALD J WHITLOW                       CASE NO. 05-10917 NLJ

          Debtor(s).



COMPLETED
_____

NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.   THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT | |
|------|-----------|-------|---------|--------|---|
| 08/23/2010 | 031995 | CHECKMART | 11821 ADIE ROAD ST LOUIS, MO 63043 | $ | 16.82 |
| 08/23/2010 | 031996 | EZ MONEY | 11821 ADIE ROAD ST LOUIS, MO 63043 | $ | 16.82 |

DATED: 12/15/2010


                         /s/ John Hardeman
                         _____

                         CHAPTER 13 TRUSTEE
                         P.O. BOX 1948
                         OKLAHOMA CITY, OK 73101
                         (405)236-4843

                                   #334/LB